# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>V. YATES, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-01234-SKO PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 16)<br><br>Deadline: 01/04/2012 |

Plaintiff Larry D. Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 9, 2010. On September 29, 2011, the United States Marshal was directed to initiate service of process, and on December 2, 2011, Defendants Cervantes-Ponce, Yates, Villa, and Mangohig filed a motion seeking an extension of time to file a response to the complaint.[1]

Good cause having been shown, Defendants Cervantes-Ponce, Yates, Villa, and Mangohig's motion is HEREBY GRANTED, and they shall file an answer or a responsive motion on or before January 4, 2012.

IT IS SO ORDERED.

**Dated:**    December 5, 2011                  /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Gonzales did not join in the request and the status of the Marshal's attempt to effect service on Gonzales is presently unknown.

1